**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Gregorio Salaza TORRES,**
**Defendant–Appellant.**

No. 08–14035
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 9, 2009.

Juan Gregorio Salaza Torres, Fort Dix, NJ, pro se.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before HULL, PRYOR and HILL, Circuit Judges.

PER CURIAM:·

Grady C. Irvin, Jr., appointed counsel for Juan Gregorio Salaza Torres in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Torres's convictions and sentences are **AFFIRMED.**